UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DEXTER GALLIEN | CIVIL ACTION NO. 21-874 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL CANTU, ET AL | MAG. JUDGE WHITEHURST |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 24th day of July, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE